UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>                            Plaintiff<br><br>    v.<br><br>WASHOE COUNTY SHERIFF DEPARTMENT,<br><br>                            Defendant | Case No. 3:24-cv-00537-ART-CSD<br><br>ORDER |

**I.    DISCUSSION**

On July 18, 2025, the Court entered a screening order (ECF No. 5) dismissing Plaintiff's entire complaint (ECF No. 6) without prejudice with leave to amend. Plaintiff, however, seems to have never received those documents because he filed a motion for correction of case. (ECF No. 7.) His motion is unclear, but it appears that he received documents from a case in this Court that did not belong to him, not the screening order and complaint from this action. (*Id.*) Because Plaintiff did not receive the screening order and complaint, the Court **GRANTS** his motion (ECF No. 7) and orders that the Clerk of the Court send Plaintiff a copy of the screening order (ECF No. 5) and the complaint (ECF No. 6). In addition, the Court will allow Plaintiff until **September 8, 2025**, to file an amended complaint curing the deficiencies of the complaint. If he fails to file an amended complaint by **September 8, 2025**, the Court will dismiss this action without prejudice for failure to state a claim.

**II.    CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's motion for correction of case (ECF No. 7) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff copies of the screening order (ECF No. 5) and the complaint (ECF No. 6).

///

///

///

1

1 **IT IS FURTHER ORDERED** that Plaintiff shall have until **September 8, 2025**, to file an amended complaint curing the deficiencies of the complaint. If he fails to file an amended complaint by that deadline, the Court will dismiss this action without prejudice for failure to state a claim.

DATED THIS 8th day of August 2025.

C S D

_____
UNITED STATES MAGISTRATE JUDGE