UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>　　　　　　　　　　Plaintiff<br><br>　v.<br><br>WASHOE COUNTY SHERIFF DEPARTMENT,<br><br>　　　　　　　　　　Defendant | Case No. 3:24-cv-00537-ART-CSD<br><br>ORDER |

**I.　DISCUSSION**

In its last order, the Court allowed Plaintiff until September 8, 2025, to file an amended complaint curing the deficiencies of the complaint. (ECF No. 8.) It also ordered the Clerk of the Court to send Plaintiff copies of the screening order (ECF No. 5) and the complaint (ECF No. 6). (*Id.*)

Plaintiff files two motions with the Court. (ECF Nos. 9, 10.) In his motions, Plaintiff seeks a two-week extension of time to file an amended complaint and requests an application to proceed *in forma pauperis* for an inmate and a copy of the approved form for filing a § 1983 complaint. (ECF No. 9 at 1; ECF No. 10 at 1.) He requests the extension because he did not receive the last order (ECF No. 8) until two weeks after it was filed. (ECF No. 9 at 1.) For good cause shown, the Court **GRANTS** Plaintiff's motions (ECF Nos. 9, 10). The Court will allow Plaintiff until **September 22, 2025**, to file an amended complaint curing the deficiencies of the complaint. In addition, Plaintiff must file a complete application to proceed *in forma pauperis* for an inmate or pay the full filing fee of $405 by **September 22, 2025**. If he fails to file an amended complaint and file the application to proceed *in forma pauperis* for an inmate or pay the $405 filing fee by **September 22, 2025**, the Court will dismiss this case without prejudice.

**II.　CONCLUSION**

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's motions (ECF Nos. 9, 10) are **GRANTED.**

1

1     **IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff an application to proceed *in forma pauperis* for an inmate with instructions and a copy of the approved form for filing a § 1983 complaint with instructions.

    **IT IS FURTHER ORDERED** that Plaintiff shall have until **September 22, 2025**, to file an amended complaint curing the deficiencies of the complaint. If he fails to file an amended complaint by that deadline, the Court will dismiss this case without prejudice for failure to state a claim.

    **IT IS FURTHER ORDERED** that Plaintiff shall have until **September 22, 2025**, to either pay the full filing fee of $405 or file a complete application to proceed *in forma pauperis* for an inmate. If he fails to take either of these actions, the Court will dismiss this case without prejudice.

    DATED THIS 29th day of August 2025.

                                                     *CSD*
                                  UNITED STATES MAGISTRATE JUDGE