UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>WASHOE COUNTY SHERIFF DEPARTMENT,<br><br>　　　　　　　Defendant | Case No. 3:24-cv-00537-ART-CSD<br><br>ORDER |

**I.　DISCUSSION**

In its last order, the Court allowed Plaintiff until September 22, 2025, to either pay the full filing fee of $405 or file a complete application to proceed *in forma pauperis* ("IFP application") for an inmate. (ECF No. 11).

Plaintiff files a motion seeking an extension of time to file an IFP application for an inmate. (ECF No. 12). In his motion, Plaintiff states that he never received a copy of the IFP application, and the law librarian at his prison will not file anything for him. (*Id.* at 1). For good cause shown, the Court **GRANTS** Plaintiff's motion for an extension (ECF No. 12). The Court will allow Plaintiff until **October 14, 2025**, to file a complete IFP application for an inmate or pay the full filing fee of $405. If he fails to file the IFP application for an inmate or pay the $405 filing fee by **October 14, 2025**, the Court will dismiss this case without prejudice.

The Court also wants to inform Plaintiff that because he is incarcerated in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), he must use the United States Postal Service to **mail** the Court any documents he seeks to file on the docket.[1]

///

///

---

[1] CDCR librarians are unable to electronically file documents with the U.S. District Court for the District of Nevada.

1

## II. CONCLUSION

**FOR THE FOREGOING REASONS, IT IS ORDERED** that Plaintiff's motion for an extension (ECF No. 12) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send Plaintiff an IFP application for an inmate with instructions and a courtesy copy of the docket sheet.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **October 14, 2025**, to either pay the full filing fee of $405 or file a complete IFP application for an inmate. If he fails to take either of these actions, the Court will dismiss this case without prejudice.

DATED THIS 26th day of September 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2