UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>         Plaintiff<br><br> v.<br><br>WASHOE COUNTY SHERIFF DEPARTMENT, et al.,<br><br>         Defendants | Case No.  3:24-cv-00537-ART-CSD<br><br>ORDER |

## I.  DISCUSSION

  The Court has given Plaintiff, who is in the custody of the California Department of Corrections and Rehabilitation, multiple opportunities since July 18, 2025, to file a fully complete application to proceed *in forma pauperis* with all three required documents. (ECF Nos. 5, 11, 16).  Plaintiff's application is incomplete because he has not submitted both a financial certificate signed by a prison official and an inmate trust fund account statement for the previous six-month period. (ECF No. 17). The Court denies the application as incomplete and gives Plaintiff **one final opportunity** to file a fully complete application with all three required documents **by December 31, 2025**. If Plaintiff is unable to file a complete application, the Court will recommend dismissal without prejudice.

  The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a

completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

**II.   CONCLUSION**

It is therefore ordered that the application to proceed *in forma pauperis* (ECF No. 17) is denied without prejudice as incomplete.

It is further ordered that Plaintiff has **one final opportunity until December 31, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED: November 17, 2025.

_____
UNITED STATES MAGISTRATE JUDGE