UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ALEXANDER RODARTE, | Case No. 3:24-cv-00537-ART-CSD |
|---|---|
| Plaintiff | ORDER |
| v. | |
| WASHOE COUNTY SHERIFF DEPARTMENT, et al., | |
| Defendants | |

### I. DISCUSSION

The Court has given Plaintiff, who is in the custody of the California Department of Corrections and Rehabilitation, multiple opportunities since July 18, 2025, to file a fully complete application to proceed *in forma pauperis* with all three required documents. (ECF Nos. 5, 11, 16, 18). In the last order, the Court gave Plaintiff one final opportunity to file a fully complete application with all three required documents by December 31, 2025, and noted that, if Plaintiff was unable to file a complete application, the Court would recommend dismissal without prejudice. (ECF No. 18).

As directed, Plaintiff did not file anything in this case, 3:24-cv-00537-ART-CSD ("*Rodarte I*"). However, Plaintiff did file an inmate accounting statement in his administratively closed case, *Rodarte v. Balaam*, 3:25-cv-00567-ART-CLB ("*Rodarte II*"),[1] and requested a copy of a blank *in forma pauperis* application because jail/prison officials had taken his copy. *See Rodarte II* at ECF No. 4.

Because Plaintiff attempted to comply with the Court's last order but put the wrong case number on the filing, the Court will grant Plaintiff this **final opportunity** to file a complete application to proceed *in forma pauperis* in this case, 3:24-cv-00537-ART-CSD. Plaintiff will need to file his application, completed financial certificate, and inmate

---

[1] The Court administratively closed *Rodarte II*, because it appeared that Plaintiff had intended to open a single case in *Rodarte I* instead of two separate cases. *See Rodarte II*, ECF No. 3.

accounting statement in this case.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

## II.   CONCLUSION

It is therefore ordered that Plaintiff has **one final opportunity until February 20, 2026**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

It is further ordered that Plaintiff must file all documents in this case, 3:24-cv-00537-ART-CSD.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

- 3 -

1  complete application to proceed *in forma pauperis* or pay the required filing fee.
2      The Clerk of the Court is directed to send Plaintiff: (a) the approved form
3  application to proceed *in forma pauperis* for an inmate with instructions; and (b) a copy of
4  Plaintiff's inmate accounting statement filed in 3:25-cv-00567-ART-CLB at ECF No. 4.

6      DATED: January 7, 2026.

_____
UNITED STATES MAGISTRATE JUDGE